Richard J. Keeffe, Respondent, v. Fred L. Brown, Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.